UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:
GENESIS CORPORATION OF AMERICA           Case No: 19-24989-AJC
Tax ID / EIN: 20-3242411                 Chapter 7

_____**Debtor**_____/

## NOTICE OF CHANGE OF ADDRESS FOR THE DEBTOR

The undersigned counsel hereby gives Notice of Change of Address for the debtor as follows:

**GENESIS CORPORATION OF AMERICA**
**8980 N.W. 148th Terrace**
**Miami Lakes, FL 33018**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF to Trustee Drew M. Dillworth and via regular mail to the Debtor and all parties on the attached service list on this 5th day of December, 2019.

**NAVARRO | McKOWN**
*Attorney for Debtor (s)*
66 West Flagler Street. 6th Floor
Miami, FL 33130
Tel: 305-447-8707
Fax: 305-447-3787

By:   /s/ Luis F. Navarro
      LUIS F. NAVARRO, Esq.
      Florida Bar No. 629359