| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 19-24989-AJC<br>Southern District of Florida<br>Miami<br>Thu Dec  5 11:37:14 EST 2019 | Genesis Corporation of America<br>6820 N.W. 77th Court<br>Miami, FL 33166-2713 | Ocean Bank<br>c/o Louis K. Nicholas II<br>780 NW 42 Ave #400<br>Miami, FL 33126-5542 |
| Bayardo Garcia<br>4640 SW 158 CT<br>Miami, FL 33185-3874 | Bluevine<br>401 Warren Street<br>Suite 300<br>Redwood City, CA 94063-1578 | CAB assignee of Union Technology Int'l<br>14226 Ventura Blvd.<br>Sherman Oaks, CA 91423-2715 |
| Don A. Leviton<br>One Pierce Place<br>Suite 700W<br>Itasca, IL 60143-2606 | Don Leviton<br>Brown & Joseph, LLC c/o Don Leviton<br>PO Box 249<br>Itasca, IL 60143-0249 | Loan Builder - Pay Pal<br>3505 Silverside Road<br>Wilmington, DE 19810-4905 |
| Ninestar Corporation<br>Brown & Joseph, LLC c/o Don Leviton<br>PO Box 249<br>Itasca, IL 60143-0249 | Ninestar Corporation<br>C/O Don A. Leviton<br>One Pierce Place<br>Suite 1225W<br>Itasca, IL 60143-1218 | Ocean Bank<br>780 NW 42nd Avenue<br>Miami, FL 33126-5597 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Union Technology International<br>C/O Kenneth J. Freed<br>14226 Ventura Blvd<br>Sherman Oaks, CA 91423-2715 | Warehouse Rental<br>Unexpired Lease<br>Rental Space:<br>6820/6822 N.W. 77th Court<br>Miami, FL 33166-2713 |
| Drew M Dillworth<br>2200 Museum Tower<br>150 West Flagler St<br>Miami, FL 33130-1536 | Luis F Navarro<br>66 West Flagler Street<br>6th Floor<br>Miami, FL 33130-1807 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Miami | End of Label Matrix<br>Mailable recipients   16<br>Bypassed recipients    1<br>Total                 17 |